In the Matter of the Application of CHARLES A. PHILLIPS, Appellant, for a Writ of Mandamus against CHARLES F. MILLIKEN et al., Constituting the Civil Service Commission of the State of New York, Respondents.

*Matter of Phillips* v. *Milliken,* 139 App. Div. 365, affirmed.
(Argued November 17, 1910; decided December 6, 1910.)'

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 14, 1910, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendants to certify a payroll containing the name of the relator as physician to the Kings county jail.

*Henry F. Cochrane* and *Hersey Egginton* for appellant.

*Edward R. O'Malley, Attorney-General* (*Everett E. Risley* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.